BRIAN P. EVANS, ESQ. (070775)
LAW OFFICES OF BRIAN P. EVANS
100 Pringle Ave., Suite 780
Walnut Creek, California 94596
Telephone: (925) 937-4224
Facsimile:  (925) 937-4273

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. ADAMS, | Case No. C 09-04415 PJH |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs | |
| SAFECO INS., | Date: 12/24/09<br>Time: 2:00 p.m. |
| Defendants | Courtroom: 3 |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff, Mary L. Adams and defendant Safeco Insurance that the Initial Case Management Conference scheduled for December 24, 2009 at 2:00 p.m. in Courtroom 3 of this Court be continued as plaintiff's counsel, Brian P. Evans, Esq. is scheduled to be out of town on said date. Both parties have agreed to move the Initial Case Management Conference to January 21, 2010_____, or to the next date available with the Court.

Dated: 11/10/09

Brian P. Evans
Attorney for Plaintiff

Dated: 11/17/09

Stacey M. Tucker
Attorney for Defendant

12/3/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. C 09-04415 PJH