PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF AMERICA

BRIAN P. EVANS (SBN 70775)
LAW OFFICES OF BRIAN P. EVANS
100 Pringle Avenue, Suite 780
Walnut Creek, CA 94596
Telephone: (925)-937-4224
Facsimile: (925) 937-4273

Attorneys for Plaintiff,
MARY LOU ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, A LIBERTY MUTUAL COMPANY and DOES 1 to 100,<br><br>Defendant. | CASE NO. 4:09-cv-04415-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff MARY LOU ADAMS and defendant SAFECO INSURANCE COMPANY OF AMERICA, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

//

**IT IS SO STIPULATED.**

Dated: December 14, 2009      LAW OFFICES OF BRIAN P. EVANS

_____
Brian P. Evans
Attorney for Plaintiff

Dated: December ____, 2009      ROPERS, MAJESKI, KOHN & BENTLEY

_____
Stacy Tucker    Pamela E Cogan
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 1/21/10 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA