1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER. (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email: pcogan@rmkb.com, stucker@rmkb.com
5  Attorneys for Defendant,
   SAFECO INSURANCE COMPANY OF AMERICA
6

7  BRIAN P. EVANS (SBN 70775)
   LAW OFFICES OF BRIAN P. EVANS
8  100 Pringle Avenue, Suite 780
   Walnut Creek, CA 94596
9  Telephone:    (925)-937-4224
   Facsimile:    (925) 937-4273
10

11 Attorneys for Plaintiff,
   MARY LOU ADAMS

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15

16 MARY LOU ADAMS,                    CASE NO. 4:09-cv-04415-PJH

17              Plaintiff,            **STIPULATION AND [PROPOSED]**
                                      **ORDER RE DISMISSSAL OF ACTION**
18 v.                                 **WITH PREJUDICE**

19 SAFECO INSURANCE COMPANY OF
   AMERICA, A LIBERTY MUTUAL
20 COMPANY and DOES 1 to 100,

21              Defendant.

22

23        It is hereby stipulated by and between plaintiff MARY LOU ADAMS and defendant

24 SAFECO INSURANCE COMPANY OF AMERICA, through their respective attorneys of

25 record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each

26 party shall bear its own fees and costs.

27 //

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    **IT IS SO STIPULATED.**

2

3    Dated: December 14, 2009                    LAW OFFICES OF BRIAN P. EVANS

4

5                                               _____

6                                               Brian P. Evans
                                                Attorney for Plaintiff
7

8

9    Dated: December ____, 2009                 ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                              _____

12                                              Stacy Tucker          Pamela E Cogan
                                                Attorney for Defendant
13

14   **IT IS SO ORDERED.**

15

16   Dated: 1/21/10

17                                              BY:

18                                              IT IS SO ORDERED

19                                              Judge Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

_____

- 2 -